UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIGNIFY HOLDING B.V.,

               Plaintiff,

   - against -

TP-LINK RESEARCH AMERICA CORPORATION, ET AL.,

              Defendants.

21-cv-9472 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by 1/28/22.

SO ORDERED.

Dated:    New York, New York
            January 11, 2022

                                            _____
                                            John G. Koeltl
                                         United States District Judge