USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

                    Plaintiff,

-against-

TP-LINK RESEARCH AMERICA CORPORATION and
TP-LINK USA CORPORATION,

                    Defendants.
-----------------------------------------------------------------X

**21-CV-9472 (JGK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the May 31, 2022 discovery conference:

The parties shall submit a proposed confidentiality stipulation that adopts Plaintiff's proposed language regarding the definitions of CONFIDENTIAL and HIGHLY CONFIDENTIAL information.

Plaintiff must destroy or return all documents provided by Defendants for settlement purposes. To the extent these documents include information that is responsive to a discovery request and is relevant and proportional to the needs of the case, Defendants shall produce such documents during the ordinary course of discovery.

If additional discovery disputes arise, the parties shall meet and confer regarding the disputes and submit a joint letter to the Court of no more than 3 pages requesting a conference to resolve the disputes.

The parties must submit a joint status letter by Thursday, June 30, 2022.

    **SO ORDERED.**

DATED:    New York, New York
                June 1, 2022

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge