

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

> Defendants' request to adjourn the telephonic conference scheduled for **Thursday, July 14, 2022 at 11:00 a.m.** is denied.  The conference will proceed as scheduled.
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  7/13/2022

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

2001 Ross Avenue, Suite 4400
Dallas, TX 75201
t 214 922 7100  f 214 922 7101

direct dial 214 922 7143
kreed@kilpatricktownsend.com

**VIA ECF**

July 12, 2022

Honorable Katharine H. Parker
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Request for Adjournment of July 14 Case Management Conference in Civil No. 1:21-cv-09472-JGK-KHP

Dear Judge Parker:

We represent Defendants TP-Link Research America Corporation and TP-Link USA Corporation ("Defendants"), and hereby respectfully request adjournment of the Case Management Conference presently scheduled for July 14, 2022, at 11 am.

This request is made due to Plaintiff's filing of a full-length discovery letter-motion (including 58 pages of exhibits) on the afternoon of July 12—less than 48 hours before the scheduled conference. (Docket 51.) Under this Court's Individual Practices in Civil Cases, a party is afforded "3 business days after submission of the letter-motion" to respond to such a motion. By waiting to file its motion until less than 48 hours before the conference, Plaintiff has thus deprived Defendants of the time afforded under the Court's Individual Practices to prepare a response. Such prejudice is particularly unjustified given that the parties met and conferred regarding this issue <u>on July 1, 2022</u>—eleven days before Plaintiff filed its letter-motion.

This is the first request for an adjournment of the conference date. Although filed less than 48 hours before the conference, Defendants submit that good cause exists for granting this adjournment request given the prejudicial timing of Plaintiff's letter-motion as described above.

Plaintiff has stated that it opposes this request for adjournment unless Defendants (i) agree to postpone the depositions for several weeks; and (ii) extend discovery by a month. Given the difficulty of scheduling these depositions in the first instance, Defendants do not agree that such demands are commensurate or necessary given the brief adjournment requested herein. Note that Defendants previously requested as a courtesy that Plaintiff agree to a four-business-day adjournment of the conference due to the unavailability of lead counsel for Defendants at the presently scheduled time, and Plaintiff also refused that request unless Defendants agreed to the same disproportionate demands.

Honorable Katharine H. Parker
July 12, 2022
Page 2

Defendants' counsel presently is available on July 20, 21, or 22 for the conference subject to the convenience of the Court.

Respectfully submitted,

*s/ Kristopher L. Reed*

Kristopher L. Reed
Counsel for Defendants

cc: Counsel of Record (via ECF)