```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

         Plaintiff,     **21-CV-9472 (JGK) (KHP)**

  -against-       **ORDER SCHEDULING SETTLEMENT**
               **CONFERENCE**

TP-LINK RESEARCH AMERICA CORPORATION and
TP-LINK USA CORPORATION,

         Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

  A settlement conference in this matter is scheduled for **Wednesday, September 28, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 21, 2022 by 5:00 p.m.**

  SO ORDERED.

DATED:  New York, New York
      July 14, 2022

                    _____
                    KATHARINE H. PARKER
                    United States Magistrate Judge