USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

                            Plaintiff,

         -against-

TP-LINK RESEARCH AMERICA CORP. and
TP-LINK USA CORP.,

                            Defendants.
-------------------------------------------------------------------X

**21-CV-9472 (JGK) (KHP)**

**<u>ORDER</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the July 14, 2022 discovery conference:

By **Thursday, July 21, 2022**, Defendants shall provide Plaintiff with available dates in August for the deposition(s) of Defendants' 30(b)(6) witness(es).

By **Thursday, July 21, 2022**, Defendants shall file a letter brief of no more than three pages responding to Plaintiff's arguments that the 30(b)(6) deposition should not occur in Mandarin Chinese. No reply brief permitted.

Plaintiff's motion to compel production of three "TPC" documents previously provided to Plaintiff for settlement purposes only is due on **Friday, July 29, 2022**. Defendants' response is due on **Friday, August 19, 2022**. No reply brief permitted.

If additional discovery disputes arise, the parties shall meet and confer regarding the disputes and submit a joint letter to the Court of no more than 3 pages requesting a conference to resolve the disputes.

      **SO ORDERED.**

DATED:    New York, New York
               July 14, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge