```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

                              Plaintiff,                    **21-CV-9472 (JGK) (KHP)**

                -against-                          **ORDER SCHEDULING SETTLEMENT**
                                                  **STATUS CONFERENCE**

TP-LINK RESEARCH AMERICA CORPORATION and
TP-LINK USA CORPORATION,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A telephonic Settlement Status Conference in this matter is hereby scheduled for

**Wednesday, October 12, 2022 at 5:30 p.m.**  Counsel for the parties are directed to call Judge

Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code:**

**4858267.**

          **SO ORDERED.**

DATED:        New York, New York
              September 30, 2022

                                             _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge