USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

                                    Plaintiff,                              **21-CV-9472 (JGK) (KHP)**

       -against-

TP-LINK RESEARCH AMERICA CORPORATION and               **ORDER**
TP-LINK USA CORPORATION,

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the December 1, 2022 Case Management Conference:

The parties shall file a joint status letter by **Monday, December 5, 2022** informing the Court whether a settlement in principle has been reached.

In the event a settlement has not been reached, the parties shall file a joint status letter on **Friday, December 16, 2022** stating the parties' positions on any remaining discovery disputes. The parties shall meet and confer in advance of filing the letter in order to narrow the disputes as much as possible.

      **SO ORDERED.**

DATED:      New York, New York
                  December 2, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge