```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SIGNIFY HOLDING B.V. f/k/a
PHILIPS LIGHTING HOLDING B.V.,

                            Plaintiff,

        -against-

TP-LINK RESEARCH AMERICA CORPORATION and
TP-LINK USA CORPORATION,

                            Defendants.
-----------------------------------------------------------------X

**21-CV-9472 (JGK) (KHP)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light the Order of Dismissal filed on December 5, 2022 (doc. no 89) the Settlement Conference currently scheduled for **January 13, 2023** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:       New York, New York
                 December 6, 2022

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge